Michael S. Sommer
Jessica L. Margolis
Sheryl Shapiro Bassin
Dylan G. Savage
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

and

Lawrence I. Fox, Esq.
250 West 82nd Street
New York, New York 10024
Telephone: (917) 620-2778

*Attorneys for Plaintiffs and Counterclaim-Defendants
Neopharm Ltd., Promedico Ltd., and Neopharm
(Israel) 1996 Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEOPHARM LTD., PROMEDICO LTD., and NEOPHARM (ISRAEL) 1996 LTD., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> WYETH-AYERST INTERNATIONAL LLC f/k/a WYETH-AYERST INTERNATIONAL INC., <br><br> Defendant and Counterclaim-Plaintiff. | CASE NO. 1:14-cv-08192-SHS <br><br> **ECF CASE** |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Plaintiffs' and Counterclaim-Defendants' Motion for Summary Judgment, (ii)

Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, and (iii) Declaration of Sheryl Shapiro Bassin, dated December 22, 2017, and the exhibits attached thereto (including but not limited to the Declaration of David Fuhrer, dated December 22, 2017), Plaintiffs and Counterclaim-Defendants Neopharm Ltd., Promedico Ltd., and Neopharm (Israel) 1996 Ltd., by and through their undersigned counsel, will and hereby do move this Court, before the Honorable Sidney H. Stein, United States District Judge, in Courtroom 23A at the United States District Court, 500 Pearl Street, New York, New York, 10007 on a date and time to be designated by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiffs' Motion for Summary Judgment, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: December 22, 2017
New York, New York

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/ Michael S. Sommer
Michael S. Sommer
Jessica L. Margolis
Sheryl Shapiro Bassin
Dylan G. Savage
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

and

Lawrence I. Fox, Esq.
250 West 82nd Street
New York, New York 10024
Telephone: (917) 620-2778

*Attorneys for Plaintiffs and Counterclaim-Defendants Neopharm Ltd., Promedico Ltd., and Neopharm (Israel) 1996 Ltd.*